*ORDER*

PER CURIAM.

The judgment of the trial court setting aside a quit claim deed executed by Eileen Miller, grantor, to Donald R. Willett and Doris E. Willett, his wife, grantees, is supported by substantial and competent evidence of undue influence. The award of attorney fees in favor of Nancy Madoux as guardian/conservator of the estate of Eileen Miller was within the discretion of the trial court.

An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

---

**Nancy MADOUX, As Guardian and Conservator of the Estate of Eileen Miller, Plaintiff/Respondent,**

v.

**Donald R. WILLETT and Doris E. Willett, Defendants/Appellants.**

No. 67003.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 2, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 12, 1995.

Lawrence O. Willbrand, St. Louis, for appellant.

Daniel M. Roddy, Portman & Copper, Clayton, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

---

**Gilberto GARIBAY, Appellant,**

v.

**MARCRAFT, INC., Defendant,**

and

**The Treasurer of Missouri Custodian of the Second Injury Fund, Respondent.**

No. 66637.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 15, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 12, 1995.

